UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
CHRISTOPHER G. PITT, SR., et al.,     )
                                      )
      Plaintiffs,                    )
                                      )
   v.                                 )   Civil Action No. 01-2225 (PLF)
                                      )
DISTRICT OF COLUMBIA, et al.,         )
                                      )
      Defendants.                    )
_____)

ORDER

      The defendants' first and second motions for judgment [40 and 48] having been granted in part and denied in part by order of September 27, 2005, and for the reasons stated in the Opinion issued today, it is hereby

      ORDERED that the judgment for plaintiff Christopher G. Pitt, Sr., on Count I (violation of civil rights) is VACATED.  The judgment on all other counts as rendered by the jury shall remain in force and effect and the award of compensatory and punitive damages, together with costs, shall remain as stated in the Judgment on the Verdict for Plaintiffs as entered by the Clerk on August 26, 2003.

      SO ORDERED.

                                                    /s/_____
                                                    PAUL L. FRIEDMAN
                                                    United States District Judge

DATE: December 23, 2005