UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRISTOPHER G. PITT, SR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 01-2225 (PLF) |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER AND JUDGMENT

For the reasons explained in the Opinion issued this same day, and at the direction of the court of appeals, see Pitt v. District of Columbia, 491 F.3d 494 (D.C. Cir. 2007), it is hereby

ORDERED that JUDGMENT is entered for defendant District of Columbia on plaintiff Tela Hansom-Pitt's claim for intentional infliction of emotional distress (Count IV); it is

FURTHER ORDERED that JUDGMENT is entered for defendant James T. Bovino on plaintiff Christopher Pitt's common law malicious prosecution claim (Count III); it is

FURTHER ORDERED that the punitive damages award of $1,000 against defendant James T. Bovino is VACATED; and it is

FURTHER ORDERED that defendants' request for judgment as a matter of law on the grounds of qualified immunity with respect to plaintiff Christopher Pitt's false arrest claim for a violation of civil rights under 42 U.S.C. § 1983 is DENIED as it relates to defendants Adams and Baxter, and is GRANTED in relation to defendant Bovino; and it is

FURTHER ORDERED that JUDGMENT is entered for defendant Bovino on plaintiff Christopher Pitt's false arrest claim for a violation of civil rights under 42 U.S.C. § 1983 (Count I).

The judgment on all other counts as rendered by the jury and entered by the Clerk of the Court shall remain in force in all other respects. The Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 2, 2008